Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1038. State ex rel. Craig v. Leis.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed. Motions to consolidate and for settlement conference denied as moot.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1056. Ramsey v. Beightler.**
In Habeas Corpus. On petition for writ of habeas corpus of Ronnie Lee Ramsey. Sua sponte, cause dismissed. Motion for appointment of counsel denied as moot.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1062. [State ex rel.] Johnson v. Court of Appeals, First Appellate Dist.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1065. Fannin v. Shewalter.**
In Habeas Corpus. On petition for writ of habeas corpus of Glen Fannin. Sua sponte, cause dismissed. Motion for judicial notice denied as moot.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1085. Crotts v. Smith.**
In Habeas Corpus. On petition for writ of habeas corpus of Steven Crotts. Sua sponte, cause dismissed. Motion for discovery denied as moot.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1098. Henderson v. Saffold.**
In Habeas Corpus. On petition for writ of habeas corpus of Paul S. Henderson and motion to amend petition. Motion to amend petition granted. Sua sponte, cause dismissed. Motion for judgment denied as moot.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1119. State ex rel. Will v. Burge.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1134. State ex rel. Columbus S. Power Co. v. Bessey.**
In Prohibition. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed based on mootness. Motion to consolidate denied as moot.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1155. State ex rel. Columbus S. Power Co. v. Bessey.**
In Prohibition. On answer of respondent. On S.Ct.Prac.R. 10.5 determination, cause dismissed based on mootness. Motion to consolidate denied as moot.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

**2010–1215. Fannin v. Shewalter.**
In Habeas Corpus. On petition for writ of habeas corpus of Ira Fannin. Sua sponte, cause dismissed.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.